IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 14 PM 2:31

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR340 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| -vs- | ) | |
| EUGENIO PALACIOS, | ) | |
| Defendants. | ) | |

This matter comes before the Court on the request of the Federal Public Defender for the Court to authorize April O'Loughlin, as a Criminal Justice Act Training Panel Member, to assist in the defense of Eugenio Palacios

Accordingly, pursuant to the terms of Appendix I, Part I(C) of the Amended Criminal Justice Act Plan for the District of Nebraska, April O'Loughlin is hereby assigned to assist the Federal Public Defender in the representation of the Defendant in the above-captioned case, and must file an entry of appearance forthwith. April O'Loughlin shall not be eligible to receive compensation for services in this case.

The Federal Public Defender shall continue to be primary counsel on behalf of the Defendant, Eugenio Palacios

Dated: 11/14/06

BY THE COURT:

_____
UNITED STATES MAGISTRATE JUDGE